UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| PHILLIP WAYNE GROVE, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:06-CV-01069-LJM-WTL |
| | ) | |
| FAST TEK GROUP, LLC; | ) | |
| AGS CAPITAL, INC.; | ) | |
| AGS CAPITAL, LLC; | ) | |
| SAW CAPITAL, LLC; | ) | |
| ALAN G. SYMONS; and | ) | |
| SCOTT J. WEAVER | ) | |
|     Defendant. | | |

ORDER OF DISMISSAL

Defendant Fast Tek Group, LLC, having filed a Voluntary Petition for Relief under Chapter 11 of the United States Bankruptcy Code,

IT IS NOW ORDERED that this case is DISMISSED without prejudice to the rights of any party to reopen this action, upon good cause shown, within thirty (30) days following the completion of the bankruptcy action.

SO ORDERED this 06/29/2007

_____
LARRY J. McKINNEY, CHIEF JUDGE
United States District Court
Southern District of Indiana

*DISTRIBUTION LIST ATTACHED*

DISTRIBUTION:

Ralph E. Dowling
THE DOWLING LAW OFFICE
justicemanrd@comcast.net

Alvin Jackson Finklea III
SCOPELITIS GARVIN LIGHT & HANSON
jfinklea@scopelitis.com

James H. Hanson
SCOPELITIS GARVIN LIGHT & HANSON
jhanson@scopelitis.com

Joseph James Montel
MONTEL LAW FIRM
jmontel@montellaw.com